UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Lance Turner

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Tom Dart - Cook County Sheriff
John Doe - Social Worker
John Doe - Psychologist
John Doe - Psychiatrist
Cook County Department of Corrections

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: _____
(To be supplied by the Clerk of this Court)

**RECEIVED**
DEC 11 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:19-cv-08510
Judge Sara L. Ellis
Magistrate Judge Jeffrey T. Gilbert
PC 10

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Lance Turner

   B. List all aliases: _____

   C. Prisoner identification number: 893213

   D. Place of present confinement: Elgin Mental Health Center

   E. Address: 750 South State Street Elgin, IL. 60123

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Tom Dart

   Title: Cook County Sheriff

   Place of Employment: Cook County Dept. of Corrections

   B. Defendant: John Doe

   Title: Social Worker

   Place of Employment: Cook County Dept. of Correction

   C. Defendant: John Doe - Psychologist

   Title: Psychologist

   Place of Employment: Cook County Dept. Of Corrections

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Your honor, I was an inmate at Cook County Jail during the years of 2011 and 2016. I had never received an education dealing with Mental Health Challenges. I was not aware that I had a mental Illness. I never understood why I was taking Psychiatric medication. I believe that If I had been properly educated on Mental Health, I would have never been incarated at Cook County Jail during the Years of 2011 to 2016. I been to Jail twelve times and I been to prison three times. My incarceration was the result of a lack of education in terms of mental Health. Had I been educated on Mental Health, I would have never been to Jail twelve time; I would have never been to prison three times; and I would have never been found Not Guilty By Reason Of Insanity at Elgin Mental Health Center. My claim is "Deliberate IndiffeRENCE." Cook County Jail has violated

my Eighth Amendment by not educating me on Mental Health, Mental Illness; I have a Bipolar One condition with Manic Psychotic Features. I never received Mental Health Education Until I became an NGRI patient at Elgin Mental Health Center. I believe that every individual with Mental Health challenges deserves a second chance to reenter the community. It is not my fault that I had no knowledge on Mental Health. I was not aware that I had a mental illness. I was not aware that I would need medication for the rest of my life in order to treat the illness. Your honor, this is a situation concerning the law. My goal in this lawsuit is to raise awareness in Mental Health. If we don't educate the public in terms of Mental Health, then we as a society fail and the crime rate goes up. This lawsuit is designed to make a difference. I trust your judgment your honor. Many people commit crimes due to the lack of insight and education in Mental Health. And as a result of me not being educated on Mental health; I now have a Criminal History.

Revised 9/2007

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like the court to award me 2.5 Billion Dollar as a result of Cock County not educating me on Mental Health. The Money would be used to raise awareness in Mental Health.

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 6 day of December, 20 19

_Lance Turner_
(Signature of plaintiff or plaintiffs)

Lance Turner
(Print name)

893213
(I.D. Number)

Elgin Mental Health Center
750 South State Street
Elgin, IL. 60123
(Address)

Revised 9/2007

II. Defendants
D. John Doe - Psychiatrist
E. Cook County Dept. of Corrections

IV. Statement of Claim (Continued)

People with Mental Health challenges can reenter the community and function normally with the Proper Education and Insight into their condition. It was cruel and unusual for Cook County Jail to dish out medication without the inmate not understanding the significance of it. It was Cruel and Unusual for Cook County to not educate me on Mental Health. I have learned that I am not responsible for my Illness; I am only responsible for my recovery. But I was not able to recover while being incarcerated at Cook County Jail. The lack of Education at Cook County caused me to get an NGRI status at Elgin Mental Health Center on December 3, 2015.

Your honor, I ask that you evaluate this case because it is a matter dealing with the law. Mental Health Awareness should be taught in School, Jail, and Prison. We don't want the future People to make a mistake of going to Jail for a mental condition they had no knowledge about. Our lives depend on the future;

**Illinois Department of Human Services**
Elgin Mental Health Center
750 S State Street
Elgin IL 60123-7692
WCS 11366 (R-11-17)

9 DEC 12 AM 8:09

12/12/2019-9

60604-160099

Lance Turner #B93213

Prisoner Correspondent
United States District Court
219 S. Dearborn Street
Chicago, IL 60604

